Jefferson T. Collins, Bar #016428
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7825
jcollins@jshfirm.com

Attorneys for Defendant The Home Depot U.S.A., Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James Jacobs and Sandy Jacobs, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>The Home Depot U.S.A., Inc., a foreign corporation; John Does I-V; Jane Does I-V; ABC-XYZ Corporations and Black and White Partnerships,<br><br>Defendants. | NO.<br><br>**NOTICE OF REMOVAL** |

Defendant The Home Depot USA, Inc., by and through undersigned counsel, files this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1. On or about July 31, 2020, this action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Navajo under the caption *James Jacobs and Sandy Jacobs v. The Home Depot, USA, Inc., et al.*, S0900CV202000292. Copies of the initial state court pleadings are attached hereto as Exhibit A.  Defendant was served by process on August 5, 2020.

2. Defendant The Home Depot U.S.A., Inc. is a foreign corporation (Delaware) with its principal place of business in Atlanta, Georgia. According to the Complaint, Plaintiffs are residents and citizens of Navajo County,

8742611.1

1  Arizona.

2        3. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. Plaintiff alleges that he sustained medical expenses and a traumatic brain injury as a result of a piece of lumber striking him on the head at the subject Home Depot. In a telephone call with undersigned counsel today, September 4, 2020, Plaintiffs' counsel confirmed that Plaintiffs believe the amount in controversy exceeds $75,000 for purposes of federal court jurisdiction. Further, Plaintiffs have designated this as a Tier 3 case pursuant to Rule 26.2, ARCP, indicating the claim is $300,000 or more in damages. Therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

      4. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

      5. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit B.

      WHEREFORE, Defendant The Home Depot U.S.A., Inc. respectfully requests that this action be removed to this Court.

      DATED this 4th day of September 2020.

      JONES, SKELTON & HOCHULI, P.L.C.

      By /s/ Jefferson T. Collins
         Jefferson T. Collins
         40 North Central Avenue, Suite 2700
         Phoenix, Arizona  85004
         Attorneys for Defendant The Home Depot U.S.A., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Kathy Kleinschmidt