# EXHIBIT A

Person/Attorney Filing: Gary porter
Mailing Address: 1423 S Higley Rd Ste 113
City, State, Zip Code: Mesa, AZ 85206
Phone Number: (480) 539-9400
E-Mail Address: deb@riggslaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015520, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF NAVAJO

James Jacobs, et al.
Plaintiff(s),
v.                                              Case No.   S0900CV202000292

The Home Depot U.S.A., Inc., AKA                **SUMMONS**
The Home Depot
Defendant(s).

To: The Home Depot U.S.A., Inc., AKA The Home Depot

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 100 East Code Talkers Drive, Holbrook, Arizona 86025 or electronically file your Answer through one of Arizona approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of NAVAJO

SIGNED AND SEALED this date: *July 31, 2020*

*Deanne Romo*
Clerk of Superior Court

By: *TBAKURZA*
Deputy Clerk



FILED
Deanne Romo
CLERK, SUPERIOR COURT
07/31/2020 2:35PM
BY: TBAKURZA
DEPUTY

Case No.: S0900CV202000292
HON. ROBERT HIGGINS

**Law Offices of**
**RIGGS ELLSWORTH & PORTER PLC**
1423 S. Higley Rd. Suite 113
Mesa AZ 85206-3449
(480) 539-9400
Gary A. Porter (SBN 015520)
gary@riggslaw.com
Attorneys for Plaintiff

### SUPERIOR COURT OF THE STATE OF ARIZONA

### FOR THE COUNTY OF NAVAJO

| | |
|---|---|
| JAMES JACOBS and SANDY JACOBS, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> THE HOME DEPOT U.S.A., INC., a foreign corporation; JOHN DOES I-V; JANE DOES I-V; ABC-XYZ CORPORATIONS; and, BLACK and WHITE PARTNERSHIPS, <br><br> Defendants | No. <br><br> **COMPLAINT** <br><br> Tort – Non-Motor Vehicle <br><br> (Tier 3 Case) |

Plaintiffs, through counsel, for their complaint against Defendants, allege as follows:

1. Plaintiff, James Jacobs, at all times relevant hereto, was and is a resident of Navajo County.

2. Plaintiff, Sandy Jacobs, at all times relevant hereto, was and is a resident of Navajo County.

3. Defendant The Home Depot U.S.A., Inc. (hereinafter "Defendant Home Depot") is a foreign corporation authorized to do business within the State of Arizona.

4. Defendants John Does I-V, Jane Does I-V, ABC-XYZ Corporations, and Black and White Partnerships are fictitious names and Plaintiffs will amend their Complaint when their true and correct names are ascertained.

5. All acts and omissions by all individual Defendants that are the subject of this complaint occurred in Navajo County, making jurisdiction and venue proper in this Court.

6. On or about October 17, 2018, Plaintiff James Jacobs was in the lumbar department at the Home Depot retail store located in Show Low, Arizona. Plaintiff had asked one of the Home Depot employees to borrow a tape measure, when suddenly and without warning a 1x2x12 piece of lumbar fell from the above area and hit Plaintiff on the head, breaking his glasses, and knocking him to the ground.

7. Immediately upon getting up off of the floor, Plaintiff James Jacobs experienced dizziness, vertigo, and loss of balance.

8. Defendant Home Depot owed a duty to Plaintiff James Jacobs, as a patron to its retail store, to maintain their premises in a safe manner. Defendant Home Depot had a duty to make sure lumber would not fall onto its patrons.

9. The actions of Defendant Home Depot were negligent, reckless, and contrary to the statutes, rules, and regulations for operating a commercial retail store in the State of Arizona.

10. As a direct and proximate result of Defendant Home Depot's negligent and reckless actions, Plaintiff James Jacobs suffered physical and emotional injuries in an amount to be proven at trial.

11. As a direct and proximate result of Defendant Home Depot's negligent and reckless actions, Plaintiff James Jacobs has incurred past and future medical expenses, a substantial limitation of his normal activities, interests and hobbies, loss of enjoyment of life, and both past and future pain and suffering.

12. As a direct and proximate result of Defendant Home Depot's negligent and reckless actions, Plaintiff James Jacobs has suffered loss of past income and will continue to incur ongoing loss of future income.

13. As a direct and proximate result of Defendant Home Depot's negligent and reckless actions, Plaintiff Sandy Jacobs has suffered and will continue to suffer loss of companionship and loss of household services of her husband Plaintiff James Jacobs.

14. As a direct and proximate result of Defendant Home Depot's negligent and reckless actions, Plaintiff Sandy Jacobs has suffered loss of past income and will continue to incur ongoing loss of future income.

WHEREFORE, Plaintiffs pray for judgment against Defendant Home Depot as follows:

    a. For medical expenses, past and future, in an amount to be proven at trial;

    b. For damages for physical injuries, physical and mental pain and suffering, and limitation of normal activities, including loss of enjoyment of life both past and future, in an amount to be proven at trial;

    c. For loss of companionship and loss of household services, past and future, in an amount to be proven at trial.

    d. For loss of income, past and future, in an amount to be proven at trial;

    e. For taxable court costs; and

    f. For such other and further relief as the Court deems just and proper.

Respectfully submitted this ____ day of July, 2020.

RIGGS ELLSWORTH & PORTER PLC

By: _____
Gary A. Porter
1423 S. Higley Road, Suite 113
Mesa, AZ 85206-3449
*Attorneys for Plaintiffs*

3

FILED
Deanne Romo
CLERK, SUPERIOR COURT
07/31/2020 2:35PM
BY: TBAKURZA
DEPUTY

Case No.: S0900CV202000292
HON. ROBERT HIGGINS

Person/Attorney Filing: Gary porter
Mailing Address: 1423 S Higley Rd Ste 113
City, State, Zip Code: Mesa, AZ 85206
Phone Number: (480) 539-9400
E-Mail Address: deb@riggslaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015520, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF NAVAJO

James Jacobs, et al.
Plaintiff(s),
v.
The Home Depot U.S.A., Inc., AKA
The Home Depot
Defendant(s).

Case No.

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Navajo County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED** this

By: Gary porter /s/
Plaintiff/Attorney for Plaintiff